# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00011-HDM-WGC |
| | ) | 3:14-cv-00650-HDM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| BYRON TRENT DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

On November 23, 2015, the court received the defendant's supplement filed in response to the court's order of October 16, 2015. The deadline for the government to file a response to the defendant's supplement is therefore extended to December 21, 2015. Defendant shall file any reply to the government's response on or before January 4, 2016.

IT IS SO ORDERED.

DATED: This 24th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE